PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Mar 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>          Plaintiff, <br><br>     v. <br><br> PASQUALE DESANTIS, <br><br>          Defendant. | CASE NO. 1:22-cr-00072-DAD-BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

   The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 10, 2022, charging the above defendant with violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) – Possession With Intent To Distribute A Controlled Substance; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) – Possession With Intent To Distribute A Controlled Substance; 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

/ / /

/ / /

/ / /

/ / /

Motion to Seal Indictment             1

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: March 10, 2022      Respectfully submitted,

                                 PHILLIP A. TALBERT
                                 United States Attorney

By    /s/ Jessica A. Massey
        JESSICA A. MASSEY
        Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: March 10, 2022

                                 SHEILA K. OBERTO
                                 U.S. Magistrate Judge