PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00072-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER |
| v. | |
| PASQUALE DESANTIS, | DATE: April 26, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on April 26, 2023.

2. By this stipulation, the parties move to continue the status conference until May 24, 2023, and to exclude time from calculation under the Speedy Trial Act between April 26, 2023, and May 24, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government asserts that discovery has been provided. The government is aware of its ongoing discovery obligation.

   b) Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

1

   c) The government is amenable to providing a plea offer if defendant requests one.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2023 to May 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  April 14, 2023        PHILLIP A. TALBERT
                 United States Attorney

                 /s/ JESSICA A. MASSEY
                 JESSICA A. MASSEY
                 Assistant United States Attorney

Dated:  April 14, 2023        /s/ ANTHONY P. CAPOZZI
                 ANTHONY P. CAPOZZI
                 Counsel for Defendant
                 PASQUALE DESANTIS

## **ORDER**

IT IS SO ORDERED that the status conference is continued from April 26, 2023, to **May 24, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 14, 2023**             /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE