ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PASQUALE DESANTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | ) CASE NO.:  1:22-CR-00072-ADA-BAM |
| Plaintiff, | ) |
| | ) **REQUEST FOR RULE 43 WAIVER** |
| v. | ) **OF APPEARANCE; ORDER** |
| PASQUALE DESANTIS, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Pasquale DeSantis, having been advised of his right to be present at all states of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be always represented by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if defendant was personally present, and requests that this court allow his attorney-in-fact to Always represent his interests.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated:    6/6/2023                ,      By:    Pasquale Desantis
                                                              PASQUALE DESANTIS, DEFENDANT

Dated:  May 22, 2023,                    By: _/s/ Anthony P. Capozzi_____
ANTHONY P. CAPOZZI, Attorney for
PASQUALE DESANTIS


## **ORDER**

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance

may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

        Dated:   **June 14, 2023**              _____/s/ Barbara A. McAuliffe_____

                                               UNITED STATES MAGISTRATE JUDGE