ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PASQUALE DESANTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>PASQUALE DESANTIS,<br><br>Defendant. | CASE NO.:  1:22-CR-00072-ADA-BAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>Date: August 9, 2023<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on August 9, 2023.

2. By this stipulation, the parties move to continue the status conference until October 11, 2023, and to exclude time from calculation under the Speedy Trial Act between August 9, 2023, and October 11, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government asserts that discovery has been provided.  The government is aware of its ongoing discovery obligation.

    b) Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

    c) The government and the defense are presently negotiating a plea agreement and the defense requests a continuance to continue negotiations.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, considering the exercise of due diligence.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 9, 2023, to October 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h) (7) (A), B (iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the end of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 2, 2023,    By: /s/ *Anthony P. Capozzi*
    ANTHONY P. CAPOZZI, Attorney for
    PASQUALE DESANTIS

Dated:  August 2, 2023,    By: /s/ *Kimberly A. Sanchez*
    KIMBERLY A. SANCHEZ,
    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **October 11, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161 (h) (7) (A), B (iv).

IT IS SO ORDERED.

Dated:   **August 3, 2023**                               /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE