ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,

PASQUALE DESANTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>PASQUALE DESANTIS,<br><br>Defendant. | CASE NO.:   1:22-CR-00072-ADA-BAM<br><br>**REQUEST TO VACATE MOTION FOR DISCOVERY AND ORDER** |

Defendant, Pasquale DeSantis, by and through his attorney, Anthony P. Capozzi, requests that the Motion for Discovery set for August 9, 2023, be vacated.  Said request is based on the Declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi, declare:

1. This attorney represents the defendant, Pasquale DeSantis, in this matter.
2. The Motion for Discovery set for August 9, 2023, has been resolved.
3. It is requested that the defendant's motion for discovery be vacated.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 2nd day of August 2023, at Fresno, California.

Respectfully submitted,

By: /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI, Attorney for
PASQUALE DESANTIS

## ORDER

Based upon the Declaration of defendant's attorney, Anthony P. Capozzi. The defendant's Motion for Discovery is vacated.

IT IS SO ORDERED.

Dated:   **August 3, 2023**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE