ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:	(559) 221-0200
Facsimile:	(559) 221-7997
E-Mail:	Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,

PASQUALE DESANTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | CASE NO.:   1:22-CR-00072-ADA-BAM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS.** |
| PASQUALE DESANTIS, | ) | |
| Defendant. | ) | |

TO THE HONORABLE COURT AND TO THE ASSITANT UNITED STATES ATTORNEY:

Defendant, Pasquale Desantis by and through his Attorney, Anthony P. Capozzi and the United States, by and through the Assistant United States Attorney, Kimberly Sanchez, hereby stipulate to set the Motion to Modify Release Conditions for September 27, 2023, at 2:00 p.m. and to set the Government's response to the Motion be filed by September 22, 2023.

IT IS SO STIPULATED.

Dated: September 15, 2023,	By: /s/ Kimberly Sanchez
	Assistant United States Attorney

Dated:  September 15, 2023,               By: */s/ Anthony P. Capozzi*
                                          ANTHONY P. CAPOZZI, Attorney for
                                          Defendant

## ORDER

IT IS SO ORDERED that the Motion to Modify Release Conditions be set for **September 27, 2023, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**. The government's response to the motion shall be filed by September 22, 2023.

IT IS SO ORDERED.

Dated:   **September 18, 2023**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE