ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PASQUALE DESANTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>  Plaintiff,<br><br>  v.<br><br>PASQUALE DESANTIS<br><br>  Defendant. | CASE NO.:  1:22-CR-00072-ADA-BAM<br><br>**STIPULATION TO CONTINUE MOTION TO MODIFY RELEASE CONDITIONS<br>AND ORDER** |

   Plaintiff, the United States Attorney, by and through its counsel of record, Assistant United States Attorney, Kimberly Sanchez, and Defendant, Pasqual DeSantis, by and through his counsel of record, Anthony P. Capozzi, hereby stipulate that the Motion to Modify Release Conditions set for September 27, 2023, be taken off calendar and reset for October 11, 2023, at 2:00 pm as a Motion for Bail Review.

Dated:  September 26, 2023,          By: */s/ Anthony P. Capozzi*_____
                                                            ANTHONY P. CAPOZZI, Attorney for
                                                            Defendant


Dated:  September 26, 2023,          By: */s/ Kimberly A. Sanchez*_____
                                                            KIMBERLY A. SANCHEZ, Assistant United
                                                            States Attorney

**ORDER**

Pursuant to the Stipulation of the parties the Motion to Modify Release Conditions is taken off the September 27, 2023, calendar and reset for October 11, 2023, at 2:00 pm.

IT IS SO ORDERED.

Dated: **September 26, 2023**

UNITED STATES MAGISTRATE JUDGE