PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00072-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND BAIL REVIEW AND EXCLUDE TIME; ORDER |
| v. | |
| PASQUALE DESANTIS, | DATE: October 11, 2023
TIME: 1:00 p.m.
COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was scheduled for a status conference on October 11, 2023.

2.  The matter was separately scheduled for a hearing on Defendant's Motion for Bail Review on October 11, 2023 at 2:00 p.m. before the Honorable Barbara A. McAuliffe.

3.  By this stipulation, the parties move to continue the status conference and the hearing on Defendant's Motion for Bail Review until November 8, 2023, (with the Bail Review Motion to be heard on the 2:00 duty Magistrate Judge calendar) and to exclude time from calculation under the Speedy Trial Act between October 11, 2023, and November 8, 2023.

4.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government asserts that discovery has been provided. The government is

aware of its ongoing discovery obligation.

        b)      Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.  Additionally, counsel for defendant has an urgent out of town matter for which he will be unavailable on October 11 and that arose after the matters were previously scheduled.

        c)      The parties recognize that the Court's September 25, 2023 minute order directed the parties to select a trial date.  The parties request the Court defer that directive in light of this being an unanticipated request for a continuance in large part due to defense counsel's unanticipated unavailability.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2023 to November 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 4, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated:  October 4, 2023 | /s/ ANTHONY P. CAPOZZI<br>ANTHONY P. CAPOZZI<br>Counsel for Defendant<br>PASQUALE DESANTIS |

## ORDER

IT IS SO ORDERED that the motion for bail review is continued from October 11, 2023, to **November 8, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS FURTHER ORDERED that the status conference is continued from October 11, 2023, to **November 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 5, 2023**          /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE