PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>PASQUALE DESANTIS,<br><br>                  Defendant. | CASE NO. 1:22-CR-00072-ADA-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL; ORDER<br><br>DATE: January 10, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on January 10, 2024. The parties are requesting to vacate the status conference and set the matter for trial on.

2. By this stipulation, the parties move to vacate the status conference and set a jury trial for May 21, 2024, and to exclude time from calculation under the Speedy Trial Act between January 10, 2024, and May 21, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government asserts that discovery has been provided. The government is aware of its ongoing discovery obligation.

    b) Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for

trial. Additionally, counsel for defendant has considered his availability due to other conflicting matters in proposing the trial date herein.

       c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2024 to May 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 4, 2024                           PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ KIMBERLY A. SANCHEZ
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney

Dated: January 4, 2024                           /s/ ANTHONY P. CAPOZZI
                                                 ANTHONY P. CAPOZZI
                                                  Counsel for Defendant
                                                 PASQUALE DESANTIS

## **ORDER**

IT IS SO ORDERED that the status conference set for January 10, 2024, is vacated. A jury trial is set for **May 21, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **2 days**. A trial confirmation is set for **May 6, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **January 5, 2024**        /s/ *Barbara A. McAuliffe*
       UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

3