PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PASQUALE DESANTIS,<br><br>Defendant. | CASE NO. 1:22-CR-00072-NODJ-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL; ORDER<br><br>DATE: May 21, 2024<br>TIME: 8:30 a.m. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is scheduled for a jury trial on May 21, 2024. The parties are requesting to vacate the status conference and set the matter for trial on.

2. By this stipulation, the parties move to continue the jury trial to July 9, 2024, and exclude time from calculation under the Speedy Trial Act between May 21, 2024, and July 9, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government asserts that discovery has been provided. The government is aware of its ongoing discovery obligation.

    b) Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial. Since setting this for trial, the parties have engaged in additional negotiations and modified

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

1

the terms of a previous proposed plea agreement.  Defense needs additional time to review the revisions with his client.  Defense also is scheduled to begin a federal trial on April 23, 2024 that will proceed through the end of May 2024.  While, the trial is not in session on May 21, 2024, defense counsel cannot be prepared to try this case in the middle of the trial that will be ongoing. Additionally, counsel for defendant has considered his availability due to other conflicting matters in proposing the trial date herein.

        c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2024 to July 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 22, 2024                      PHILLIP A. TALBERT
                                                          United States Attorney

                                                         /s/ KIMBERLY A. SANCHEZ
                                                        KIMBERLY A. SANCHEZ
                                                         Assistant United States Attorney

Dated: March 22, 2024                               /s/ ANTHONY P. CAPOZZI
                                                    ANTHONY P. CAPOZZI
                                                    Counsel for Defendant
                                                    PASQUALE DESANTIS

### **ORDER**

IT IS SO ORDERED that the Jury Trial is continued from May 21, 2024, to **July 9, 2024, at 8:30 a.m. in Courtroom 5 before a District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 25, 2024**                     /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE