PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PASQUALE DESANTIS,<br><br>Defendant. | CASE NO. 1:22-CR-00072-NODJ-BAM<br><br>STIPULATION TO VACATE TRIAL AND STATUS CONFERENCE AND SET CHANGE OF PLEA; ORDER<br><br>DATE: July 9, 2024<br>TIME: 8:30 a.m. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is scheduled for a status conference on April 10, 2024 (Dkt. 51) and a jury trial on July 9, 2024. Dkt. 54. The parties are requesting to vacate the status conference and trial and set a change of plea hearing for May 13, 2024, and exclude time from calculation under the Speedy Trial Act through May 13, 2024 (this is in an abundance of caution as time has previously been excluded through trial).

2. The parties agree and stipulate, and request that the Court find the following:

    a) The government asserts that discovery has been provided. The government is aware of its ongoing discovery obligation.

    b) On April 8, 2024, the government filed an executed plea agreement. Dkt. 55.

    c) Counsel for defendant is scheduled to begin trial in *Unitd States v. Asay*, 1:19-

CR-00003-DAD on April 25, 2024, and the first date on which his schedule permits him to be prepared is May 13, 2024.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through May 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 9, 2024

PHILLIP A. TALBERT  
United States Attorney

/s/ KIMBERLY A. SANCHEZ  
KIMBERLY A. SANCHEZ  
Assistant United States Attorney

Dated:  April 9, 2024

/s/ ANTHONY P. CAPOZZI  
ANTHONY P. CAPOZZI  
Counsel for Defendant  
PASQUALE DESANTIS

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

2

**ORDER**

IT IS SO ORDERED that the jury trial set for July 9, 2024, trial confirmation set for May 6, 2024 and status conference set for April 10, 2024 are vacated. A change of plea hearing is set for **May 13, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 9, 2024**              /s/ Barbara A. McAuliffe
                                                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

3