ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PASQUALE DESANTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | CASE NO.: 1:22-CR-00072-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA FROM MAY 13, 2024, TO MAY 6, 2024.** |
| PASQUALE DESANTIS | |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

    Defendant, Pasquale DeSantis by and through his Attorney, Anthony P. Capozzi, and the United States of America, by and through the Assistant United States Attorney, Kimberly A. Sanchez, stipulate that the change of plea date of May 13, 2024, be moved to May 6, 2024.  Said Stipulation is based upon the Declaration of Anthony P. Capozzi.

    I, Anthony P. Capozzi, declare:

1.     This attorney represents Pasquale DeSantis, in the above-entitled case.

2.     This attorney has started a trial in *United States v. Agricultural Contracting Services Association DBA American Labor Alliance, Marcus Asay, and Antionio Gastelum* on April 25, 2024, which is estimated to end the first week of June.

3. Due to scheduling, it is respectfully requested that the change of plea currently set on May 13, 2024, be vacated and a new date be set for May 6, 2024, since this attorney is scheduled to be in Fresno County Superior Court on numerous cases on May 13, 2024.

I declare under the penalty and perjury under the law of the State of California that the foregoing is true and correct.

Executed on the 29th day of April 2024, at Fresno, California.

By: /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI, Attorney for Defendant

**IT IS SO STIPULATED.**

Dated:  April 29, 2024,    By: /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ, Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the change of plea hearing is advanced from May 13, 2024, to **May 6, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time was previously excluded through May 13, 2024.

IT IS SO ORDERED.

Dated:   **May 1, 2024**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE