PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00072-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| v. | DATE: June 17, 2024 |
| PASQUALE DESANTIS, | TIME: 8:30 a.m. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is scheduled for a change of plea hearing on June 17, 2024. The parties are requesting to continue the change of plea hearing to August 12, 2024, and exclude time from calculation under the Speedy Trial Act through August 12, 2024.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The government asserts that discovery has been provided. The government is aware of its ongoing discovery obligation.

    b) On April 8, 2024, the government filed an executed plea agreement. Dkt. 55.

    c) Counsel for defendant began trial in *Unitd States v. Asay*, 1:19-CR-00003-DAD on April 25, 2024. That trial is ongoing and anticipated to conclude sometime in June 2024.

    d) On or about May 2, 2024, the government advised defense that there are recent

developments of which the government does not have enough information to disclose but that defense should consider before proceeding.  The defense would like additional time to obtain the information and consider it.  The government believes it should be in a position to provide more information to defense within the next two weeks.  Since that time, the government has obtained additional information regarding an investigation involving one of the law enforcement officers who worked on this case. The government is attempting to obtain additional information and needs more time to do so.  The government discussed this with defense counsel and provided some additional information, and defense wants additional time for this issue to be more fully developed.

       e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through August 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated:  June 6, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated:  June 6, 2024 | /s/ ANTHONY P. CAPOZZI<br>ANTHONY P. CAPOZZI<br>Counsel for Defendant<br>PASQUALE DESANTIS |

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

2

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from June 17, 2024, to **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 10, 2024**              /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE