PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>PASQUALE DESANTIS,<br><br>               Defendant. | CASE NO.  1:22-cr-00072-NODJ-BAM<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER**<br><br>DATE: August 12, 2024<br>TIME: 9:00 a.m. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter is scheduled for a change of plea hearing on August 12, 2024.  The parties are requesting to continue the change of plea hearing to **September 09, 2024**, and exclude time from calculation under the Speedy Trial Act through September 9, 2024.

2.      The parties agree and stipulate, and request that the Court find the following:

a)      The government asserts that discovery has been provided.  The government is aware of its ongoing discovery obligation.

b)      On April 8, 2024, the government filed an executed plea agreement.  Dkt. 55.

c)      Counsel for defendant began trial in *Unitd States v. Asay*, 1:19-CR-00003-DAD on April 25, 2024.  That trial concluded on June 18, 2024.

d)      On or about May 2, 2024, the government advised defense that there are recent

developments of which the government does not have enough information to disclose but that defense should consider before proceeding.  Since that time, the government has taken multiple steps to gain access to files that would provide information for the government to review and ascertain whether there is any information that should be provided to defense.  The defense would like additional time to obtain the information and consider it.  The government believes it should be in a position to obtain access to and begin reviewing at least some of the relevant files, and provide more information to defense prior to September 9, 2024.  Defense wants additional time for this issue to be more fully developed.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through September 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 10, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  July 10, 2024

/s/ ANTHONY P. CAPOZZI
ANTHONY P. CAPOZZI
Counsel for Defendant
PASQUALE DESANTIS

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 11, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CHANGE OF PLEA
HEARING AND EXCLUDE TIME

3